**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
4801 E. BROADWAY BLVD., SUITE 400
TUCSON, ARIZONA 85711-3638
(520) 623-4353
jneff@udalllaw.com
Jeffrey M. Neff SBN 5603
Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| D. Stadtler Trust 2015 Trust; Daniel J. Stadtler, a single man,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Pamela Gorrie, a single woman; *et al*,<br><br>                    Defendants. | NO. 2:22-CV-00314-DWL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM** |

Pursuant to LRCiv 83.3(b)(4), undersigned counsel gives notice that attorney Cassandra Meynard of Udall Law Firm, LLP is substituted as their counsel of record in this matter in the place of Adriane Hofmeyr. Attorney Hofmeyr will be leaving the firm, but the representation of the Plaintiffs will stay with the Udall Law Firm, LLP. Cassandra Meynard will be co-counsel with Jeffrey N. Neff, also of the Udall Law Firm, LLP.

Cassandra Meynard will now be co-counsel (together with Jeffrey N. Neff) at Udall Law Firm, LLP on this matter. All further documents and communications in this matter should also be sent to the attention of Cassandra Meynard as follows:

Cassandra Meynard
Udall Law Firm, LLP
4801 E. Broadway Blvd., Suite 400

Tucson, Arizona 85711-3638
Phone: (520) 623-4353
Fax: (520) 792-3426
cmeynard@udalllaw.com
Minute Entries: ecf@udalllaw.com

Documents and communications should continue to go to Jeffrey N. Neff as co-counsel for Plaintiffs in this matter.

RESPECTFULLY SUBMITTED this 10th day of June, 2022.

UDALL LAW FIRM, LLP

By /s/ Cassandra Meynard
   Jeffrey M. Neff
   Cassandra Meynard
   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System on June 10, 2022, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF:

Timothy I. McCulloch
Dickinson Wright PLLC
1850 N. Central Avenue, Ste. 1400
Phoenix, Arizona 85004-4568
courtdocs@dickinsonwright.com
*Attorney for Defendants*


By:*/s/ Beth Alarcon*